UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

21-179 PAM/HB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 371 |
| | 18 U.S.C. § 922(g)(1) |
| v. | 18 U.S.C. § 922(a)(6) |
| (1) TESS FAIR, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy – Felon in Possession of Firearms and Straw Purchasing of Firearms)

From on or about at least March 23, 2021, through on or about July 26, 2021, in the State and District of Minnesota and elsewhere, the defendant,

**TESS FAIR,**

knowingly and intentionally conspired with others to violate Title 18, United States Code, Section 922(g)(1), which makes it a federal crime to be a felon in possession of a firearm, and Title 18, United States Code, Section 922(a)(6), which makes it a federal crime to make a false statement during the purchase of a firearm, all in violation of Title 18, United States Code, Section 371.

### OVERT ACTS

During and in furtherance of the conspiracy, the defendant committed the following overt acts, among others:

SCANNED
AUG 19 2021
U.S. DISTRICT COURT ST. PAUL

1. Between March 23, 2021 and June 5, 2021, Tess Fair purchased 13 separate firearms at various gun shops as described in the chart set forth below in Counts 2 through 9.

2. When she purchased the firearms, Fair falsely attested on the required ATF Form 4473 that she was the actual purchaser of the firearms, when in fact she was not. She purchased the firearms at the direction of others whose names are known and unknown to the grand jury. At least two of the people for whom Fair purchased firearms were convicted felons, who were prohibited from possessing firearms. One of them also is a documented member of the north Minneapolis street gang Young and Thuggin' (YNT).

3. Following her purchase of the guns, Fair provided the guns to others, including convicted felons who were prohibited from possessing firearms.

## COUNTS 2 THROUGH 9
(False Statement During Purchase of a Firearm)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**TESS FAIR,**

in connection with the acquisition of the firearms listed below from the licensed dealers of firearms listed below, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive that licensed dealer as to a fact material to the lawfulness of the sale of the firearm to the defendant, in that the defendant represented that she was the actual buyer of the firearm, when in fact she was

United States v. Tess Fair

purchasing the firearm on behalf of another person; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2):

| Count | Date | Description | Dealer |
|---|---|---|---|
| 2 | March 23, 2021 | Sig Sauer, Model P365x, 9mm semi-automatic pistol, SN 66B471100 | DK Mags |
| 3 | March 29, 2021 | Glock, Model 43, 9mm semi-automatic pistol, SN AFLC221 | DK Mags |
| 4 | March 31, 2021 | Taurus, Model G2C, 9mm semi-automatic pistol, SN ACC642478; Taurus, Model G3C, 9mm semi-automatic pistol, SN ACB590602 | Bills Gun Shop |
| 5 | April 6, 2021 | Ruger, Model LC9S, 9mm semi-automatic pistol, SN 458-96321 | Bills Gun Shop |
| 6 | April 9, 2021 | Taurus, Model G2C, 9 mm semi-automatic pistol, SN ABM222309; Ruger, Model EC9S, 9mm semi-automatic pistol, SN 458-98011; Smith &Wesson, Model MP 15-22, .22 caliber semi-automatic pistol, SN WAK7123 | Guns and Gear Store |
| 7 | June 2, 2021 | Glock, Model 19, 9mm semi-automatic pistol, SN AFNV690 | DK Mags |
| 8 | June 4, 2021 | FNH, Model 509, 9mm semi-automatic pistol, SN GKS0158398 | DK Mags |
| 9 | June 5, 2021 | Glock, Model 19, 9mm semi-automatic pistol, SN BTPS961; Glock, Model 19, 9mm semi-automatic pistol, SN BTPS960; Glock, Model 19, 9mm semi-automatic pistol, SN BTDN545 | Guns and Gear Store |

## FORFEITURE ALLEGATIONS

If convicted of any of Counts 1 through 9 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Sections 371, 922(g)(1), and 922(a)(6), including the following firearms:

- a Sig Sauer, Model P365x, 9mm semi-automatic pistol, SN 66B471100
- a Glock, Model 43, 9mm semi-automatic pistol, SN AFLC221
- a Taurus, Model G2C, 9mm semi-automatic pistol, SN ACC642478;
- a Taurus, Model G3C, 9mm semi-automatic pistol, SN ACB590602
- a Ruger, Model LC9S, 9mm semi-automatic pistol, SN 458-96321
- a Taurus, Model G2C, 9 mm semi-automatic pistol, SN ABM222309;
- a Ruger, Model EC9S, 9mm semi-automatic pistol, SN 458-98011;
- a Smith & Wesson, Model MP 15-22, .22 caliber semi-automatic pistol, SN WAK7123
- a Glock, Model 19, 9mm semi-automatic pistol, SN AFNV690
- an FNH, Model 509, 9mm semi-automatic pistol, SN GKS0158398
- a Glock, Model 19, 9mm semi-automatic pistol, SN BTPS961;
- a Glock, Model 19, 9mm semi-automatic pistol, SN BTPS960;
- a Glock, Model 19, 9mm semi-automatic pistol, SN BTDN545

<u>United States v. Tess Fair, et al.</u>

## A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY          FOREPERSON